UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES ROBINSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br><br> CREDIT BUREAU ASSOCIATES, <br><br> Defendant. | Civil Case Number: 1:18-cv-00493 |

## NOTICE OF CHANGE OF ADDRESS

   **PLEASE TAKE NOTICE** that Ari H. Marcus, Esq. and Yitzchak Zelman, Esq., counsel

for Plaintiff JAMES ROBINSON have changed their office address.  Any correspondence

relating to this case should now be sent to:

> MARCUS & ZELMAN, LLC
> 701 Cookman Avenue
> Suite 300
> Asbury Park, NJ 07712

   A Certificate of Service is attached to this filing as **Exhibit A**.

Dated:  April 10, 2018

/s/ Ari H. Marcus
Ari H. Marcus, Esq.

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
