UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>CBA OF GA INC., d/b/a CREDIT BUREAU ASSOCIATES OF GEORGIA,<br><br>Defendant. | Docket No: 1:18-cv-00493-LMM-WEJ |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant CBA OF GA INC., d/b/a CREDIT BUREAU ASSOCIATES OF GEORGIA, in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.


Dated:       June 6, 2018

| | |
|---|---|
| MARCUS & ZELMAN, LLC | HIGGINS & DUBNER |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *James Robinson* | *CBA of GA Inc., d/b/a Credit Bureau Associates of Georgia* |
| By: /s/ Yitzchak Zelman | By:  /s/ Michael W. Higgins |
| Yitzchak Zelman, Esq. | Michael W. Higgins, Esq. (Bar#352087) |
| 701 Cookman Avenue, Suite 300 | 3399 Peachtree Road, Suite 550 |
| Asbury Park, New Jersey 07712 | Atlanta, GA 30326 |
| Tel: (732) 695-3282 | Tel: (404) 264-1011 |
| Email: yzelman@marcuszelman.com | Email: mhiggins@higdub.com |